BERTIE HAUSER, Appellant, v. WILLIAM J. HAUSER, Respondent.— Determination affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Laughlin, J., dissented.

LOUIS C. ROSE, Appellant, v. WILLIAM J. DIAMOND, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.